| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Barbara Lanning<br>Special Agent: Kara Klupacs | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Gregory Irby

Case No.

Case: 2:25−mj−30139
Assigned To : Unassigned
Assign. Date : 3/13/2025
Description: RE: GREGORY IRBY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 8, 2024 - March 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal possession of a machine gun |
| 18 U.S.C. § 922(j) | Possession of a stolen firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kara Klupacs, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 13, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I.     INTRODUCTION

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 2. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Gregory IRBY, for violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun) and 18 U.S.C. § 922(j) (Possession of a Stolen Firearm).

II. **PROBABLE CAUSE**

4. In March 2025, ATF obtained a federal search warrant to search the Instagram account associated with IRBY. While reviewing the contents of that account, ATF agents observed multiple images of Irby possessing handguns equipped with what appeared to be machinegun conversion devices. ATF also observed evidence that IRBY was selling machinegun conversion devices.

5. On December 2, 2024, IRBY messaged a group chat stating that he had a machinegun conversion device for sale and offered to sell it for $200. IRBY sent the following photograph to the same chat:



2

6. ATF Special Agent Kenton Weston reviewed the image in paragraph 5 of this affidavit. In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms ("PMF") and machinegun conversion devices ("MCD"). Special Agent Weston has provided instruction to DPD officers, ATF Special Agents, sheriff deputies, state troopers, and Task Force officers on the identification of PMFs and MCDs. Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the image, Special Agent Weston confirmed that the devices depicted in the provided image appeared to depict two machinegun conversion devices (MCDs). The following image is an example of an MCD:



7. On March 12, 2025, ATF and Detroit Police executed a federal search warrant at IRBY's residence in Detroit, Michigan. IRBY, his girlfriend and his sister were present in the home when police arrived.

3

8. Law enforcement searched the home and recovered the following from IRBY's bedroom on the main floor of the house:

   a. A navy colored, 3-D printed MCD. The device is comprised of a plastic, 3-D printed body and leg connected by a makeshift selector;

   b. One box of 10mm ammunition (containing 12 rounds of 10mm ammunition);

   c. A black plastic bag containing 3 loaded 9mm caliber handgun magazines as well as loose various caliber ammunition.

9. Law enforcement also found a black Glock 29, Gen 4 10mm firearm in an upstairs closet. The black Glock 29, Gen 4 10mm firearm had been previously reported as stolen by the Sterling Heights Police Department on December 7, 2024. Per a Sterling Heights Police Department report, the firearm was stolen out of the vehicle's center console.

10. On December 8, 2024. IRBY sent the following picture as a message to an Instagram group chat. The picture depicts what appears to be a black and gold Smith and Wesson M&P Performance Center Shield handgun, a silver MCD (similar to the one IRBY advertised for sale on December 2, 2024), and a black Glock 29, Gen 4 10mm firearm, consistent with the firearm recovered from the upstairs closet of IRBY's residence.



11. Agents advised IRBY of his *Miranda* rights, and IRBY agreed to speak with the officers. During the interview, IRBY stated the following:

> a. When asked by an agent what Glock switches are, IRBY responded "they Glock switches. Everyone know what they is." IRBY further stated that he knows the devices will make a firearm fire "fully."

5

    b. IRBY admitted that he advertised Glock switches for sale in the past. IRBY stated that he would help others sell Glock switches and would add his fee onto the sale price to make a profit.

    c. IRBY stated that Glock Switches "go for $100–$150…in Detroit, Michigan."

    d. IRBY identified his bedroom.

    e. When asked about the 3-D printed machinegun conversion device located in his bedroom, IRBY stated he couldn't remember where he got it and stated it was fake.

    f. IRBY stated the Glock 10mm handgun belonged to him and stated that he purchased it approximately a month ago for $650.

12. ATF SA Kenton Weston observed the 3-D printed MCD recovered from IRBY's bedroom. Based on his training and experience, SA Weston confirmed that the device is a machinegun as defined in 26 U.S. Code § 5845.

13. The 3-D printed machinegun conversion device recovered from IRBY's bedroom appears to be the same device as he advertised for sale on December 2, 2024. Both devices are machinegun conversion devices, are navy blue in color, have a circle imprint on the inside of the body, and a diagonal printing impression on the top of the body. Below is a side-by-side comparison of the two devices. The photos on the left and middle depict the recovered device. The photo

on the right is a cropped version of the photo in paragraph 5.



14. The recovered firearm is a Glock model 29 Gen 4, 10mm caliber pistol. As an ATF Firearm Interstate Nexus agent, it is my opinion that this firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore has traveled in and affected interstate commerce.

[*remainder of page intentionally left blank*]

### III. CONCLUSION

15. Probable cause exists to believe that between December 2, 2024, and March 12, 2025, Gregory IRBY knowingly possessed a machinegun conversion device in violation of Title 18 U.S.C. Section 922(o). Further, there is probable cause to believe that between December 8, 2024, and March 12, 2025, IRBY knowingly possessed a stolen firearm in violation of Title 18 U.S.C. Section 922(j). These violations occurred within the Eastern District of Michigan.

Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable David R. Grand
United States Magistrate Judge

Dated:   March 13, 2025